IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| Dwain Patrick, | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| Enhanced Recovery Company, LLC, a Florida company, | **JURY TRIAL DEMAND** |
| Defendant. | |

NOW COMES THE PLAINTIFF, DWAIN PATRICK, BY AND

THROUGH COUNSEL, Dawn Myers, and for his Complaint against the

Defendant, pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices
   Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

2. The transactions and occurrences which give rise to this action
   occurred in the City of Tampa, Hillsborough County, Florida.

3. Venue is proper in the Middle District of Florida, Tampa Division.

## PARTIES

4. Plaintiff is a natural person residing in Tampa, Hillsborough County, Florida.

5. The Defendant to this lawsuit is Enhanced Recovery Company, LLC, which is a Florida company that conducts business in the state of Florida.

## GENERAL ALLEGATIONS

6. Defendant is attempting to collect a consumer type debt allegedly owed by Plaintiff to Charter Communications with account number 168525XXX in the amount of $207.00 (the "Debt").

7. On or about September 16, 2017, Mr. Patrick obtained his Experian credit file and noticed that Defendant reported the alleged debt.

8. On or about October 5, 2017, Mr. Patrick submitted a letter to Defendant disputing the alleged debt.

9. On or about January 31, 2018, Mr. Patrick obtained his Experian credit file and noticed that Defendant failed to flag the alleged debt as disputed despite the status being updated on February 1, 2018, in violation of the FDCPA.

10. Mr. Patrick suffered pecuniary and emotional damages as a result of Defendant's actions.

## COUNT I-VIOLATION OF

## THE FAIR DEBT COLLECTION PRACTICES ACT

11. Plaintiff reincorporates the preceding allegations by reference.

12. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

13. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

14. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

15. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

   a. 15 U.S.C. §1692e(8) by communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed.  Defendant

violated this provision of the FDCPA when it failed to flag the alleged debt as disputed on Mr. Patrick's Experian credit file.

16. The Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

## DEMAND FOR JUDGMENT RELIEF

Accordingly, Plaintiff requests that the Court grant him the following relief against the Defendant:

a.  Actual damages;

b.  Statutory damages; and

c.  Statutory costs and attorneys' fees.

## JURY DEMAND

Plaintiff hereby demands a trial by Jury.

DATED:  March 16, 2018

By:___/s/___Dawn Myers_____
Dawn Myers
Fla Bar No.: 711381
Myers Law, P.A.
3419 Brook Crossing Drive
Brandon, FL 33511
O: 813-493-3296
F: 813-434-2302
dawn@myerslawpa.com